# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACY R. BROWN,** | : | |
| **Plaintiff** | : | |
| v. | : | CIVIL ACTION NO.: |
| **NATIONAL PENN INSURANCE SERVICES GROUP, INC.,** | : | 5:13-CV-01748-CDJ |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 22nd day of August, 2014, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, (Doc. No. 13), is **GRANTED** and Summary Judgment is **ENTERED** as to Counts I and II of the Complaint, (Doc. No. 1). The clerk of court is directed to **CLOSE THIS CASE** for statistical purposes.

**BY THE COURT:**

*/s/ C. Darnell Jones, II*

_____

**C. DARNELL JONES, II,   U.S.D.J.**